## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JERRY DON CARLE                                                                                    PLAINTIFF

V.                                    3:06CV00116 JMM/JTR

RON HARVEY, Administrator,
Greene County Detention Center, et al.                                          DEFENDANTS

### ORDER

Plaintiff, who is currently incarcerated at the Greene County Detention Facility ("GCDF"), has commenced this *pro se* § 1983 action. On August 22, 2006, the Court granted Plaintiff permission to proceed *in forma pauperis*, assessed an initial partial filing fee of $14.16, and instructed the GCDF to collect the balance of the $350 filing fee by "collecting monthly payments equal to 20% of the preceding month's income credited to Plaintiff's account each time the amount in the account exceeds $10.00." *See* docket entry #7 at 2. The Court is currently in the process of serving Defendants. *See* docket entries #17 and #18.

On September 22, 2006, Plaintiff sent the Court a letter stating the GCDF is deducting <u>all</u> of the money in his account ( in violation of the Court's August 22, 2006 Order) and refusing to provide him with free toiletries. *See* docket entry #19. The Court will instruct the Clerk to file a copy of that letter as a Motion, and give Defendants an opportunity to respond thereto.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk of the Court is directed to file a copy of Plaintiff's September 22, 2006 letter (docket entry #19) as Plaintiff's Motion for Return of Funds.

      2.      Defendants shall file a Response to that Motion **within eleven days** of filing their Answer.

Dated this 27th day of September, 2006.

                                                                     _____
                                                                    UNITED STATES MAGISTRATE JUDGE